Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texsd

Division

| | |
|---|---|
| Ronnia Langston Foundation<br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br>-v-<br><br>Legend Hospitality and Andy Frain<br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. 4:25 cv 843 SDJ/BD<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)* ☒ Yes ☐ No<br><br>**FILED**<br>AUG 0 6 2025<br>CLERK, U.S. DISTRICT COURT<br>TEXAS EASTERN |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A.  The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Ronia Langston |
| Street Address | 3948 Legacy Dr.# 106 |
| City and County | Plano, Collin |
| State and Zip Code | Texas 75023 |
| Telephone Number | 972-740-8365 |
| E-mail Address | ronnialangston@aol.com |

**B.  The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
    Name    Legends Hospitality LLC
    Job or Title *(if known)*
    Street Address    1 Cowboys Way Ste. 325
    City and County    Frisco, Collin
    State and Zip Code    TX 75034
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 2
    Name    Andy Frain , Inc.
    Job or Title *(if known)*
    Street Address    1112 E. Copeland Rd. #400
    City and County    Arlington, Tarrant
    State and Zip Code    TX 76011
    Telephone Number    817-462-0334
    E-mail Address *(if known)*

Defendant No. 3
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 4
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question            ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

NA

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* Ronia, is a citizen of the State of *(name)* Texas.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* Ronia Langston, is incorporated under the laws of the State of *(name)* Texas, and has its principal place of business in the State of *(name)* Yes.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* Legends Hospitality LLC, is a citizen of the State of *(name)* Texas. Or is a citizen of *(foreign nation)* _____.

  b.  If the defendant is a corporation

The defendant, *(name)* Andy Frain Inc.Texs , is incorporated under the laws of the State of *(name)* Texas , and has its principal place of business in the State of *(name)* IL .
Or is incorporated under the laws of *(foreign nation)* ,
and has its principal place of business in *(name)* .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The defendant did not reach out to me to resolve the problem.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

As a direct and proximate result of Legends Hospitality's breaches, Plaintiff has suffered significant damages, including substantial lost fundraising revenue, harm to its technology STEM program and global brand, and other consequential damages across all locations.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The Plaintiff is seeking damages for Breach of Contract. Plaintiff incorporates by reference the allegations contained in the preceding paragraphs. A valid and enforceable contract, either express or implied by the course of dealing, existed between Plaintiff and Legends Hospitality, covering fundraising operations at AT&T Stadium, Toyota Stadium, and The Star at Frisco.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8/6/25

Signature of Plaintiff: Ronia-R:Langston  *(signed)* Ronia-C. Langston

Printed Name of Plaintiff: Romia-R :Langston

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____

Printed Name of Attorney: _____

Bar Number: _____

Name of Law Firm: _____

Street Address: _____

State and Zip Code: _____

Telephone Number: _____

E-mail Address: _____