## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| **RONNIA LANGSTON FOUNDATION** § | |
| § | |
| v. § | NO. 4:25-CV-00843-SDJ-BD |
| § | |
| **LEGENDS HOSPITALITY LLC,** *et al.* § | |

### ORDER

Proceeding pro se, Ronia Langston filed a complaint. Dkt. 1. The complaint, filed on a standard form, is ambiguous as to the true plaintiff. The case style lists Ronnia Langston Foundation as the plaintiff. *Id.* at 1. But in a section titled "The Parties to This Complaint," the plaintiff listed is Ronia Langston. *Id.* In a section with blanks to identify the parties' citizenships, the complaint lists "Ronia," an individual, and "Ronia Langston," a corporation, as plaintiffs. *Id.* at 3. And on the certification page, the signature block for unrepresented parties identifies the plaintiff as "Romia-R :Langston." *Id.* at 5.

When acting in their personal capacities, people may represent themselves in federal court. *See* 28 U.S.C. § 1654 ("In all courts of the United States the parties may plead and conduct their own cases personally or by counsel."). Artificial entities like corporations, however, may not appear "otherwise than through a licensed attorney." *Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201–03 (1993).

It is **ORDERED** that, within 14 days of the docketing of this order, Langston file an amended complaint specifying the name and entity type of each plaintiff.

It is further **ORDERED** that, within 30 days of the docketing of this order, any plaintiff that is not a natural person obtain counsel. Failure to do so will result in a recommendation of dismissal of that plaintiff's claims.

So **ORDERED** and **SIGNED** this 25th day of August, 2025.

                                      Bill Davis
                                      United States Magistrate Judge