# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| RONNIA LANGSTON FOUNDATION, INC. § § § | |
| v. § | NO. 4:25-CV-00843-SDJ-BD |
| § § | |
| LEGENDS HOSPITALITY LLC, *et al.* § | |

## ORDER

Proceeding pro se, Ronia Langston filed a complaint purportedly on behalf of a business entity, Ronnia Langston Foundation. Dkt. 1. The court ordered Langston to amend the complaint specifying the name and entity type of each plaintiff. Dkt. 6. Langston filed an amended complaint. Dkt. 7. The amended complaint names one plaintiff, a business entity named Ronnia Langston Foundation, Inc.

When acting in their personal capacities, people may represent themselves in federal court. *See* 28 U.S.C. § 1654 ("In all courts of the United States the parties may plead and conduct their own cases personally or by counsel."). An artificial entity like a corporation, however, may not appear "otherwise than through a licensed attorney." *Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201–03 (1993). For that reason, the court's previous order, issued August 25, 2025, required any plaintiff that is not a natural person to obtain counsel within 30 days, warning that "[f]ailure to do so will result in a recommendation of dismissal of that plaintiff's claims." Dkt. 6 at 1. The amended complaint is signed only by Ronia Langston. A search of licensed attorneys in the State of Texas identified no attorney by that name, and none has appeared on behalf of the plaintiff.

It is **ORDERED** that, within 14 days of the docketing of this order, an attorney representing Ronnia Langston Foundation, Inc., file a notice of appearance. Failure to do so will result in a recommendation of dismissal of the complaint.

So **ORDERED** and **SIGNED** this 29th day of September, 2025.

_____
Bill Davis
United States Magistrate Judge