IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| RONNIA LANGSTON FOUNDATION, INC. § § § | |
| v. § | NO. 4:25-CV-00843-SDJ-BD |
| § § | |
| LEGENDS HOSPITALITY LLC, *et al.* § | |

**ORDER**

Proceeding pro se, Ronia Langston filed a complaint purportedly on behalf of a business entity, Ronnia Langston Foundation. Dkt. 1. The court ordered Langston to amend the complaint specifying the name and entity type of each plaintiff. Dkt. 6. Langston filed an amended complaint naming only a business entity, the Ronnia Langston Foundation, Inc. Dkt. 7. Because an entity may appear only through a licensed attorney, *Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201–03 (1993), the court ordered an attorney representing the foundation to make an appearance or else the complaint would be dismissed. Dkt. 11. No attorney has made an appearance.

Ronia Langston, the individual, then moved to compel the defendants to provide the foundation with an attorney or, in the alternative, to extend the foundation's deadline to obtain counsel "until [Langston's] trust funds are released." Dkt. 12. Langston cites no authority giving the court power to compel the defendants to provide the foundation, their opponent in litigation, with counsel. Langston's reference to trust funds appears to refer to another case pending before this court, *Ronia Langston v. Internal Revenue Services*, No. 4:24-cv-00332-SDJ-BD. Until an attorney appears for the foundation, this case is effectively on hold. Langston has not offered a sufficient reason to delay indefinitely until a different case is resolved.

The court did not immediately rule on the motion because it took note of Langston's filings in her other case, which indicated that she had been "working with a Choice Legal Plan to secure counsel" in this case. *Ronia Langston v. Internal Revenue Services*, No. 4:24-cv-00332-SDJ-BD,

Dkt. 24; *see* Dkt. 26 (re-urged motion). However, it has now been 21 days since that filing and still no attorney has made an appearance. Because Langston has made efforts to comply with the court's order, the court will give her one more opportunity to obtain counsel before the complaint is dismissed. Langston is advised that the court considers motions filed only in the proper case so that adverse parties have an adequate opportunity to respond. Any relief Langston wants in this case should therefore be sought by motion in this case.

It is **ORDERED** that:

1) the motion to compel the defendants to provide counsel or extend a deadline, Dkt. 12, is **DENIED**; and

2) within 14 days of the docketing of this order, an attorney representing the foundation file a notice of appearance. Failure to do so will result in a recommendation of dismissal of the complaint.

So **ORDERED** and **SIGNED** this 15th day of December, 2025.

_____

Bill Davis
United States Magistrate Judge