**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **RONNIA LANGSTON FOUNDATION, INC.** | § § § | |
| **v.** | § § | **NO. 4:25-CV-00843-SDJ-BD** |
| **LEGENDS HOSPITALITY LLC,** *et al.* | § § | |

**REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

In August of last year, Ronia Langston filed a pro se complaint that was ambiguous as to the true plaintiff. Dkt. 1. The court ordered an amendment to clarify the identity of the plaintiff. Dkt. 6. The amended complaint named one plaintiff, a business entity named Ronnia Langston Foundation, Inc. Dkt. 7. Because an artificial entity may not appear "otherwise than through a licensed attorney," *Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201–03 (1993), the court ordered an attorney representing Ronnia Langston Foundation, Inc., to file a notice of appearance, Dkt. 11. It warned that "[f]ailure to do so will result in a recommendation of dismissal of the complaint." *Id.* Langston then moved to compel the defendants to provide Ronnia Langston Foundation, Inc., with counsel. Dkt. 12. The court denied that motion and again ordered that an attorney make an appearance. Dkt. 13. It has now been three months since that order was docketed and no attorney has appeared. The court will therefore recommend that the amended complaint be dismissed.

**RECOMMENDATION**

It is **RECOMMENDED** that the amended complaint, Dkt. 7, be **DISMISSED WITHOUT PREJUDICE**.

\* \* \*

Within 14 days after service of this report, any party may serve and file written objections to the findings and recommendations of the magistrate judge. 28 U.S.C. § 636(b)(1).

A party is entitled to a de novo review by the district court of the findings and conclusions contained in this report only if specific objections are made. *Id.* § 636(b)(1). Failure to timely file written objections to any proposed findings, conclusions, and recommendations contained in this report will bar an aggrieved party from appellate review of those factual findings and legal conclusions accepted by the district court, except on grounds of plain error, provided that the party has been served with notice that such consequences will result from a failure to object. *Id.*; *Thomas v. Arn*, 474 U.S. 140, 155 (1985); *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1417 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*; 28 U.S.C. § 636(b)(1) (extending the time to file objections from 10 to 14 days).

So **ORDERED** and **SIGNED** this 19th day of March, 2026.

_____
Bill Davis
United States Magistrate Judge

2